UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CANADIAN PACIFIC RAILWAY COMPANY, a
Canadian Corporation,

                    Plaintiff,

        - against -

INTERSTATE COMMODITIES, INC., a
New York Corporation,

                    Defendant.

---

**STIPULATION OF
DISCONTINUANCE**

Civil Action No.:
1:20-CV-290 (FJS/DJS)

        IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that the above-entitled action be and hereby is discontinued without prejudice and without costs to any party.  This stipulation may be executed in counterparts and may be filed without further notice.

Dated: September 12, 2022.
        Albany, New York.

Date: September 15, 2022

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

_____
Eric N. Dratler, Esq.
Tabner, Ryan & Keniry, LLP
18 Corporate Woods Boulevard, Suite 8
Albany, New York 12211
Telephone: (518) 465-9500
*Attorneys for Defendant, Interstate
Commodities, Inc.*

_____
John K. Fiorilla, Esq.

Dyer & Peterson, PC
322 US Highway 46W, Suite 220E
Parsippany, New Jersey 07054
Telephone: (973) 419-6124
*Attorneys for Plaintiff, Canadian Pacific
Railway Company*